UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-20201-CIV-MORENO

MIAMI METRO MEDIA, LLC,

   Plaintiff,

vs.

CITY OF MIAMI GARDENS,

   Defendant.
_____/

## ORDER DENYING MOTION TO DISMISS

THIS CAUSE came before the Court upon Defendant's Motion to Dismiss **(D.E. No. 22)**.

THE COURT has considered the motion, the pertinent portions of the record, and the arguments of counsel, and is otherwise fully advised in the premises.

Miami Metro Media, LLC applied to erect billboard signs within the City of Miami Gardens (the "City"). The City denied the applications, claiming that the signs violated myriad provisions of the City's sign code. Miami Metro Media claims the sign code unconstitutionally restrains speech and seeks to have the sign code invalidated in its entirety. Citing binding Eleventh Circuit authority, the City argues that this case must be dismissed for want of redressability because Miami Metro Media has not challenged all provisions of the sign code that the City could have relied upon in denying the applications. The City argues that, even if Miami Metro Media wins on the limited challenges it has made to the sign code, it still would not be able to erect its signs because they violate other provisions of the sign code that it has failed to challenge.

The City may be entirely correct and may ultimately prevail on its redressability argument.

However, given the limited record at this pleading stage, the Court cannot grant the motion to dismiss. Accordingly, it is

**ADJUDGED** that the motion to dismiss is **DENIED**. The Defendant shall file an answer no later than **February 25, 2010**.

DONE AND ORDERED in Chambers at Miami, Florida, this 10th day of February, 2010.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record